1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

ROY BRIDGEFORTH,

                    Plaintiff,

       v.

CDC/MEDICAL, et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 12-1040-GHK (JEM)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

        IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

24

25

26

DATED:    5/14/13

                              GEORGE H. KING
                  UNITED STATES DISTRICT JUDGE

27

28